IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIDYO, INC.,<br><br>Defendant. | Case No.<br><br>Jury Trial Demanded |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Onstream Media Corporation ("Onstream") files this Complaint against Defendant Vidyo, Inc. ("Vidyo") for patent infringement of United States Patent Nos. 9,161,068; 9,467,728; 10,038,930; 10,200,648; 10,674,109; 10,694,142; 10,951,855; and 11,128,833 (the "patents-in-suit") attached as Exhibits 1-8, respectively, and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2.      Onstream is a corporation organized under laws of the State of Florida with its principal place of business at 1451 W. Cypress Creek Road, No. 204, Ft. Lauderdale, Florida, 33309.

3.      On information and belief, Vidyo is incorporated under the laws of the State of Delaware with its principal place of business at 433 Hackensack Avenue, Hackensack, New Jersey, 07601.

4.      On information and belief, Vidyo may be served with process by serving its registered agent for the receipt of service of process, Corporation Service Company, located at 251 Little Falls Drive, Wilmington, Delaware, 19808.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

6.      This Court has personal jurisdiction over Vidyo in accordance with due process and/or the Delaware Long Arm Statue because, because it is incorporated in the State of Delaware and has committed and continues to commit acts of infringement giving rise to this action in the State of Delaware in violation of at least 35 U.S.C. §§ 271(a). In particular, on information and belief, Vidyo has made, used, offered to sell and/or sold infringing products, services and/or systems in the State of Delaware.

7.      On information and belief, Vidyo, directly or indirectly, designs, develops, manufactures, makes, sells, offers for sale, imports, distributes, advertises, and/or otherwise promotes the accused infringing methods, products, and services in the United States, the State of Delaware, and this judicial district.



*See e.g.* https://www.vidyo.com/vidyo-license/.



> Nemours Children's Health System is one of the nation's leading
> integrated pediatric networks, providing specialty care,
> prevention, and health information services in 80 locations across
> six states, including two freestanding children's hospitals in
> Delaware and Florida. Founded in 1936, Nemours is a nonprofit
> children's health system that cares for nearly 400,000 patients a
> year. Their two freestanding hospitals have been recognized
> among the top in the nation, and lead the way in pediatric health
> research, specialty care, and education aimed at improving the

*See e.g.,* https://www.vidyo.com/customers/healthcare/nemours.

8.      On information and belief, Vidyo has made, used, offered to sell and/or

sold products and services, including the following specifically accused products and

services: (1) Vidyo Platform;[1] (2) Vidyo Connect;[2] (3) Vidyo Engage;[3] (4)Vidyo

Personalized Video as a Service Platform;[4] (5)Vidyo Professional Service;[5] (6)Vidyo

Hybrid Cloud Expansion;[6] (7)Vidyo Deployment Services;[7] (8) Vidyo Teleconference

---

[1] *See* https://www.vidyo.com/video-conferencing-solutions/product/platform.

[2] *See* https://www.vidyo.com/video-conferencing-solutions/product/desktop-video-calling.

[3] *See* https://www.vidyo.com/video-conferencing-solutions/product/customer-service-video-chat.

[4] *See* https://www.vidyo.com/video-conferencing-solutions/service/branding-and-white-labeling.

[5] *See* https://support.vidyocloud.com/hc/en-us/articles/360052929533-Vidyo-Professional-Services-PS-and-Training-.

[6] *See* https://www.vidyo.com/video-conferencing-solutions/service/hybrid-cloud-expansion.

[7] *See* https://www.vidyo.com/video-conferencing-solutions/service/deployment.

Project Management Services;[8] (9)Vidyo.io platform;[9] (10)Vidyo Media Bridge;[10] (11)VidyoReplay;[11] (12)VidyoWeb;[12]  (13) Vidyo Server for WebRTC;[13] (14)Vidyo Connect Recording Services;[14] (15) Vidyo Connect Enterprise Edition;[15] (16) Vidyo Connect Healthcare Edition;[16] (17)Vidyo Cloud Recording Services;[17] (18)Vidyo Connect for Mobile;[18] (19)VidyoWorks Software Platform;[19]  (20)VidyoPlatform

---

[8] *See* https://www.vidyo.com/video-conferencing-solutions/service/project-management-services.

[9] *See* https://developer.vidyo.io/login-widget?fromURI=dashboard.

[10] *See* https://www.bigmarker.com/io-vidyo/recording-live-video-chat?utm_bmcr_source=vresourcepage.

[11] *See* https://support.vidyocloud.com/hc/en-us/articles/360025437974-VidyoReplay-Releases.

[12] *See* https://support.vidyocloud.com/hc/en-us/articles/360002280953-VidyoWeb-About-Version-3-2-25.

[13] *See* https://support.vidyocloud.com/hc/en-us/articles/115003876873-Vidyo-Server-for-WebRTC-Releases.

[14] *See* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.

[15] *See* https://www.vidyo.com/video-conferencing-solutions/product/desktop-video-calling/vidyoconnect-pricing/upgrade-vidyoconnect-enterprise.

[16] *See* https://www.vidyohealth.com.

[17] *See* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.

[18] *See* https://support.vidyocloud.com/hc/en-us/articles/360041931033-VidyoConnect-for-Mobile-Releases.

[19] *See* https://www.vidyo.com/video-conferencing-solutions/service/developer.

Recording Services;[20] (21)VidyoWorks Recording Services;[21] (22) VidyoPortal;[22] (23)

VidyoConferencing;[23] (24) VidyoMobile;[24] (25)VidyoDesktop;[25] (26) VidyoRoom;[26] (27)

VidyoPanorama;[27] (28)VidyoRouter;[28] (29) VidyoWorks Developer Platform;[29] (30)

---

[20]  *See* https://status.vidyo.com.

[21]  *See* https://status.vidyo.com.

[22] *See* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-VidyoPortal.pdf.

[23] *See* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-VidyoPortal.pdf.

[24] *See* https://play.google.com/store/apps/details?id=com.vidyo.VidyoClient&hl=en_US&gl=US; https://apps.apple.com/us/app/vidyomobile/id444062464.

[25] *See* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-VidyoDesktop.pdf.

[26] *See*  https://www.vidyo.com/video-conferencing-solutions/product/desktop-video-calling/group-video-conferencing/rooms-for-enterprise-collaboration.

[27] *See* http://www.vcwarehouse.com/v/vspfiles/Data_Sheets/3.0/VidyoPanorama600_InstallDiag_3.2.2-A.pdf.

[28] *See*  https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-VidyoRouter.pdf

[29] *See* https://www.vidyo.com/video-conferencing-solutions/service/developer.

Vidyo Neo;[30] (31)VidyoGateway;[31] (32) VidyoProducer;[32] (33)current or legacy Vidyo products or services, which use, or have used, one or more of the foregoing products and services as a component product or component service; (34) combinations of products and/or services comprising, in whole or in part, two or more of the foregoing products and services;[33] (35) and all other current or legacy products and services imported, made, used, sold, or offered for sale by Vidyo that operate, or have operated in a substantially similar manner as the above-listed products and services. (As used herein, one or more of the forgoing products and services are individually and collectively referred to as the accused "Vidyo Video Products and Services").

9.     On information and belief, Vidyo, as well as the hardware and software components comprising the Vidyo Video Products and Services and/or that enable the Vidyo Video Products and Services to operate, including but not limited to servers, server software, client software, front-end hardware, endpoint hardware, endpoint software, back-end hardware, encoders, transcoders, cloud-based software, and other hardware and software computer systems and components (collectively referred to

---

[30] *See* https://3h4dfiz47whiqpwo3aitt8vo-wpengine.netdna-ssl.com/wp-content/uploads/Data-Sheets/DS-VidyoNeo.pdf

[31] *See* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-VidyoGateway.pdf.

[32] *See*  https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-VidyoProducer.pdf.

[33] *See e.g.,* https://www.vidyo.com. ("Vidyo's patented platform integrates with virtually any application, environment, network, and device…")

herein as the "Vidyo System"), infringes (literally and/or under the doctrine of equivalents) at least one claim of each of the patents-in-suit.

10.     This Court also has personal jurisdiction over Vidyo because Vidyo has sufficient minimum contacts with this forum as a result of business conducted within the State of Delaware and this judicial district. In particular, this Court has personal jurisdiction over Vidyo because, *inter alia*, Vidyo, on information and belief (directly and/or through its subsidiaries, affiliates, or intermediaries), has substantial, continuous, and systematic business contacts in this judicial district, and derives substantial revenue from goods and services provided to individuals in the State of Delaware and this judicial district, including but not limited to the Nemours Children's Health System.[34]

11.     Vidyo (directly and/or through its subsidiaries, affiliates, or intermediaries) has purposefully availed itself of the privileges of conducting business within the State of Delaware and in this judicial district, has established sufficient minimum contacts with this judicial district such that it should reasonably and fairly anticipate being hauled into court in this judicial district, has purposefully directed activities at residents of this judicial district, and at least a portion of the patent infringement claims alleged in this Complaint arise out of or are related to one or more of the foregoing activities.

---

[34] *See e.g.,* https://www.vidyo.com/customers/healthcare/nemours.

12.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b), at least because Vidyo is a Delaware corporation and, therefore, resides in this judicial district.

### United States Patent No. 9,161,068

13.     On October 13, 2015, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 9,161,068 ("the '068 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

14.     The '068 patent is presumed valid under 35 U.S.C. § 282.

15.     Onstream owns all rights, title, and interest in the '068 patent.

16.     On information and belief, Onstream has not granted Vidyo an approval, an authorization, or a license to the rights under the '068 patent.

17.     The '068 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

18.     The claimed invention(s) of the '068 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery systems. For example, the '068 patent states:

> Unfortunately, new systems and methods for increasing the capabilities of online business-related communications and transactions often result in increased intellectual complexity and/or increased computer system requirements. This tendency is undesirable because another main avenue for increasing the productively of online business-related communications and transactions is to increase the number of people who are participating in these online business-related transactions.

*See* '068 Specification at col. 1, ll. 31-39.

9

19.     The '068 patent then states:

Accordingly, it would be highly valuable if any new systems and methods for increasing the capabilities of online business-related communications and transactions also could be simple enough to help attract new users to the online business market and also not have extensive computer system requirements.

*See* '068 Specification at col. 1, ll. 39-44.

20.     The '068 patent then also states:

Accordingly, there has been a long existing need for a system that improves the level of communication possible with respect to online business-related transactions. Further, there is a continuing need for an improved system and/or method that is simple, efficient, and does not have extensive computer system requirements. Accordingly, those skilled in the art have long recognized the need for a system and method that addresses these and other issues.

*See* '068 Specification at col. 1, ll. 45-52.

21.     The invention(s) claimed in the '068 patent solves various technological problems inherent in the then-existing audio and video recording, storage, and delivery systems and enables audio and video recording, storage, and delivery systems to, among other things, (1) function more efficiently, (2) lower the required level of expertise for users of such systems, (3) avoid the need to install and burden front end computer and electronic devices with additional software, (4) reduce or eliminate entirely the need for local memory storage devices and other specialized recording equipment, and (5) reduce or eliminate other hardware and software requirements inherent in prior art audio and video recording and distribution systems.

**United States Patent No. 9,467,728**

22.     On October 11, 2016, the USPTO duly and legally issued United States Patent No. 9,467,728 ("the '728 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Ellis.

23.     The '728 patent is presumed valid under 35 U.S.C. § 282.

24.     Onstream owns all rights, title, and interest in the '728 patent.

25.     Onstream has not granted Vidyo an approval, an authorization or a license to the rights under the '728 patent.

26.     The '728 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

27.     The specification of the '728 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '728 patent specification.

**United States Patent No. 10,038,930**

28.     On July 31, 2018 the USPTO duly and legally issued United States Patent No. 10,038,930 ("the '930 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

29.     The '930 patent is presumed valid under 35 U.S.C. § 282.

30.     Onstream owns all rights, title, and interest in the '930 patent.

31.     Onstream has not granted Vidyo an approval, an authorization or a license to the rights under the '930 patent.

32.     The '930 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

33.     The specification of the '930 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '930 patent specification.

## United States Patent No. 10,200,648

34.     On February 5, 2019, the USPTO duly and legally issued United States Patent No. 10,200,648 ("the '648 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

35.     The '648 patent is presumed valid under 35 U.S.C. § 282.

36.     Onstream owns all rights, title, and interest in the '648 patent.

37.     Onstream has not granted Vidyo an approval, an authorization or a license to the rights under the '648 patent.

38.     The '648 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

39.     The specification of the '648 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '648 patent specification.

## United States Patent No. 10,674,109

40.     On June 2, 2020, the USPTO duly and legally issued United States Patent No. 10,674,109 ("the '109 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

41.     The '109 patent is presumed valid under 35 U.S.C. § 282.

42.     Onstream owns all rights, title, and interest in the '109 patent.

43.     Onstream has not granted Vidyo an approval, an authorization or a license to the rights under the '109 patent.

44.     The '109 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

45.     The specification of the '109 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '109 patent specification.

## United States Patent No. 10,694,142

46.     On June 23, 2020, the USPTO duly and legally issued United States Patent No. 10,694,142 ("the '142 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

47.     The '142 patent is presumed valid under 35 U.S.C. § 282.

48.     Onstream owns all rights, title, and interest in the '142 patent.

49.     Onstream has not granted Vidyo an approval, an authorization or a license to the rights under the '142 patent.

50.     The '142 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

51.     The specification of the '142 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '142 patent specification.

13

**United States Patent No. 10,951,855**

52.     On March 16, 2021, the USPTO duly and legally issued United States Patent No. 10,951,855 ("the '855 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

53.     The '855 patent is presumed valid under 35 U.S.C. § 282.

54.     Onstream owns all rights, title, and interest in the '855 patent.

55.     Onstream has not granted Vidyo an approval, an authorization or a license to the rights under the '855 patent.

56.     The '855 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

57.     The specification of the '855 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '855 patent specification.

**United States Patent No. 11,128,833**

58.     On September 21, 2021, the USPTO duly and legally issued United States Patent No. 11,128,833 ("the '833 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis.

59.     The '833 patent is presumed valid under 35 U.S.C. § 282.

60.     Onstream owns all rights, title, and interest in the '833 patent.

61.     Onstream has not granted Vidyo an approval, an authorization or a license to the rights under the '833 patent.

14

62.     The '833 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

63.     The specification of the '833 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '833 patent specification.

## CLAIMS FOR RELIEF

### Count I – Infringement of United States Patent No. 9,161,068

64.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

65.     On information and belief, Vidyo (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Vidyo Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Vidyo System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1, 18, 35, and 48 of the '068 patent.

66.     On information and belief, one or more components of the Vidyo System employs and provides a method that records audio and video material over an Internet browser connection established between a user front end and a host back end.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



![VidyoConnect™]

# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

# VidyoReplay™

## Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-datasheet-en_01.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | | |
|---|---|---|
| | **Recording Capacity:** | **Streaming Protocol:** |
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV |
| | 12 HD/720p concurrent recording sessions | streaming (PC) |
| | 24 SD concurrent recording sessions | |
| | 30 CIF concurrent recording sessions | **Export Format:** |
| | 50 audio-only concurrent recording sessions | MP4, H.264, AAC |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

67.     On information and belief, when a user wants to begin streaming using the Vidyo Video Products and Services, servers of the Vidyo System deliver a code, which can be executed by a browser.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.

68.    On information and belief, one or more components of the Vidyo System

delivers a code that enables the streaming of audio and video material.

## VidyoGateway

The VidyoGateway provides an interface for H.323 and SIP-based systems to interact with the Vidyo platform, enabling integrations into existing real-time media infrastructure.

- **Enhanced capacity and resiliency** with clustering and high availability deployment options
- **Centralized web-based interface** to simplify administration, configuration, and maintenance
- **Support for content sharing and flexible layouts,** including gallery view, continuous presence, and active speaker

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | Recording Capacity: | Streaming Protocol: |
|---|---|---|
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV streaming (PC) |
| | 12 HD/720p concurrent recording sessions | |
| | 24 SD concurrent recording sessions | **Export Format:** |
| | 30 CIF concurrent recording sessions | MP4, H.264, AAC |
| | 50 audio-only concurrent recording sessions | |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.

VidyoReplay enables you to record, webcast, store, catalog, and playback videoconferences.

Your users can record videoconferences and start live webcasts of conferences in progress that can be viewed by other people in your organization as well as the general public. All webcasts are also automatically recorded and stored in the VidyoReplay Library. After the recording of your webcast is complete, you can share it by emailing a link to it.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

*69.* On information and belief, one or more components of the Vidyo System delivers a browser-executable-code that is a browser independent recording application that initiates the audio and video stream to be recorded.

> VidyoWeb™ lets you easily join Vidyo™ calls using Windows®, Mac®, or Linux® on your Chrome™, Firefox®, Internet Explorer®, or Safari® browser.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.

70. On information and belief, one or more components of the Vidyo System delivers a code that is executed though a browser at the user front end.

> VidyoWeb™ lets you easily join Vidyo™ calls using Windows®, Mac®, or Linux® on your Chrome™, Firefox®, Internet Explorer®, or Safari® browser.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

71.     On information and belief, one or more components of the Vidyo System

uses an Internet connection.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.

72. On information and belief, one or more components of the Vidyo System uses and provides a method that does not require transmission of a complete audio and video file from the user front end. Rather, on information and belief, a stream of audio and video material is transmitted to the servers of the Vidyo System as the audio and video material is being captured.

---

### VidyoGateway

The VidyoGateway provides an interface for H.323 and SIP-based systems to interact with the Vidyo platform, enabling integrations into existing real-time media infrastructure.

- **Enhanced capacity and resiliency** with clustering and high availability deployment options
- **Centralized web-based interface** to simplify administration, configuration, and maintenance
- **Support for content sharing and flexible layouts,** including gallery view, continuous presence, and active speaker

---

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions<br><br>**Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.





*See e.g.,* https://vimeo.com/240894889.

It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-

VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-

VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-

Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



**A Safe Virtual Meeting Experience!**

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf; http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-datasheet-en_01.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.

*See e.g.,*  https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.



*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.

73.    On information and belief, one or more components of the Vidyo System uses and provides a method wherein the audio and video recordings are made and stored on the host back end as a complete file.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/115001326873/VidyoReplayAdminGuide_3.1.3-A.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

74.     On information and belief, one or more components of the Vidyo System uses and provides a method wherein after the recording of audio and video material is complete, Vidyo provides access to the entire audio and video recording.

The VidyoReplay Public Library displays.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/115001326873/VidyoReplayAdminGuide_3.1.3-A.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect
> conferences and then send the link of the recordings to the participants in the call as well as to
> others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-

VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

75.     On information and belief, one or more components of the Vidyo System

uses and provides a method wherein audio and video material is captured without

using any recording software installed on the user front end.

76.     On information and belief, one or more components of the Vidyo System

employs and provides a method wherein audio and video material is streamed over the

Internet as the audio and video material is captured by a recording device.

## VidyoGateway

The VidyoGateway provides an interface for H.323 and SIP-based systems to interact with the Vidyo platform, enabling
integrations into existing real-time media infrastructure.

- **Enhanced capacity and resiliency** with clustering and high availability deployment options
- **Centralized web-based interface** to simplify administration, configuration, and maintenance
- **Support for content sharing and flexible layouts,** including gallery view, continuous presence, and active speaker

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:** <br> 6 HD/1080p concurrent recording sessions <br> 12 HD/720p concurrent recording sessions <br> 24 SD concurrent recording sessions <br> 30 CIF concurrent recording sessions <br> 50 audio-only concurrent recording sessions <br><br> **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | **Streaming Protocol:** <br> HLS streaming (mobile), HTTP/FLV streaming (PC) <br><br> **Export Format:** <br> MP4, H.264, AAC |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-

System-in-Brief.

44





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/217827118.





*See e.g.,* https://vimeo.com/240894889.

It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-

VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-

VidyoEngage-for-Genesys.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-

Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

# VidyoReplay™

## Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf; http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-datasheet-en_01.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

### Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.

77.     On information and belief, Vidyo directly infringes at least claims 1, 18, 35, and 48 of the '068 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Vidyo Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Vidyo System.

78.      Vidyo's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

### Count II – Infringement of United States Patent No. 9,467,728

79.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

80.     On information and belief, Vidyo (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Vidyo Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Vidyo System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1 and 21 of the '728 patent.

51

81.     On information and belief, one or more components of the Vidyo System employs and provides an Internet-based recording method for recording audio and video material over an Internet connection established between a user front end and a host back end.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.

> It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

# VidyoReplay™

## Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions<br><br>**Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-

VidyoConnect-Moderation-Capability-.



*See e.g.,*  https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-

VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

82.     On information and belief, one or more components of the Vidyo System employs and provides an Internet-based recording method comprising transmitting, to the user front end from the host back end via a network, (*e.g.,* the Internet), a platform-independent web application, wherein the web application initiates the streaming of

audio and video material from a receiving device on the user front end to the host back end as it is being captured with the receiving device.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://blog.vidyo.com/vidyo-news/vidyo-surpasses-100-patents-10-years-video-conferencing-innovation/.

VidyoWeb™ lets you easily join Vidyo™ calls using Windows®, Mac®, or Linux® on your Chrome™, Firefox®, Internet Explorer®, or Safari® browser.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.

83.     On information and belief, one or more components of the Vidyo System employs and provides an Internet-based recording method comprising recording the audio and video material on the host back end (*e.g.,* one or more servers of the Vidyo

System) via the web application and storing the recorded audio and video material as a

complete video file.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.



One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.

> ## VidyoConnect™
>
> ## A Safe Virtual Meeting Experience!
>
> Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.
>
> **Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-datasheet-en_01.pdf.

### VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |
|---|---|---|
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



- Additional moderation controls, like hard mute and selecting a meeting recording profile are available through the Vidyo Control Meeting web page, which is accessible when clicking Open Browser from the Moderate call pop-up window.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-

VidyoConnect-Moderation-Capability-.



*See e.g.,*  https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-

VidyoEngage-for-Retail.pdf.

### Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-

System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-

Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-

Hybrid-Implementation.





*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.



*See e.g.*, https://support.vidyocloud.com/hc/en-

us/article_attachments/115001326873/VidyoReplayAdminGuide_3.1.3-A.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

84.     On information and belief, one or more components of the Vidyo System employs and provides an Internet-based recording method comprising generating code associated with the recorded and stored audio and video material to facilitate accessing the recorded and stored audio and video material from an additional location, wherein the content of the generated code depends on a type of code supported by the additional location.



*See e.g.*, https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

85.     On information and belief, one or more components of the Vidyo System

employs and provides an Internet-based recording method comprising enabling the

generated code to be copied and pasted to the additional location, wherein activating

the generated code provides access to the recorded audio and video material from the

additional location.



> 10.  Copy the code that displays in the **Embedded Code** field to embed your recording in a separate webpage of your choice.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

86.     On information and belief, Vidyo directly infringes at least claims 1 and 21 of the '728 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Vidyo Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Vidyo System.

87.     Vidyo's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

## Count III – Infringement of United States Patent No. 10,038,930

88.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

89.     On information and belief, Vidyo (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Vidyo Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Vidyo System in the United States, which infringe (literally and/or under the doctrine of equivalents) at least claims 1 and 11 of the '930 patent.

90.     On information and belief, one or more components of the Vidyo System employs and provides a method comprising transmitting, via a network, a browser-independent recording application from a backend server, (*e.g.* a server in the Vidyo System) to a client device, the browser-independent recording application executing in a browser on the client device.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.

It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-Services-VidyoReplay-API.

If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.

---

### VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

---

| VidyoReplay | **Recording Capacity:** | **Streaming Protocol:** |
| --- | --- | --- |
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV streaming (PC) |
| | 12 HD/720p concurrent recording sessions | |
| | 24 SD concurrent recording sessions | **Export Format:** |
| | 30 CIF concurrent recording sessions | MP4, H.264, AAC |
| | 50 audio-only concurrent recording sessions | |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-

VidyoConnect-Moderation-Capability-.



*See e.g.,*  https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-

VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.

91.    On information and belief, one or more components of the Vidyo System

employs and provides a method comprising receiving, at the backend server, a media

stream from a media input at the client device via the network, wherein the media

stream is captured via the browser-independent recording application executing in the browser without using recording management software installed on the client device.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

92.     On information and belief, one or more components of the Vidyo System employs and provides a method comprising recording the media stream on the backend server using the browser-independent recording application.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



VidyoConnect™

## A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

# VidyoReplay™

## Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf; http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-datasheet-en_01.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | | |
|---|---|---|
| | **Recording Capacity:** | **Streaming Protocol:** |
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV streaming (PC) |
| | 12 HD/720p concurrent recording sessions | |
| | 24 SD concurrent recording sessions | |
| | 30 CIF concurrent recording sessions | **Export Format:** |
| | 50 audio-only concurrent recording sessions | MP4, H.264, AAC |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.



- Additional moderation controls, like hard mute and selecting a meeting recording profile are available through the Vidyo Control Meeting web page, which is accessible when clicking Open Browser from the Moderate call pop-up window.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.

89



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

### Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

VidyoWeb™ lets you easily join Vidyo™ calls using Windows®, Mac®, or Linux® on your Chrome™, Firefox®, Internet Explorer®, or Safari® browser.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.





*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

93. On information and belief, Vidyo directly infringes at least claims 1 and 11 of the '930 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Vidyo Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to selling access to the Vidyo System.

94. Vidyo's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

**Count IV – Infringement of United States Patent No. 10,200,648**

95. Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

96. On information and belief, Vidyo (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Vidyo Video Products and Services; and

makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Vidyo System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1 and 18 of the '648 patent.

97.     On information and belief, one or more components of the Vidyo System employs and provides an Internet-based recording method that performs all audio and video recording functions over an Internet browser connection established between a user front end and a host back end comprising recording audio and video material over the Internet browser connection, wherein audio and video material originates on the user front end and is recorded on the host back end without requiring recording functionality on the user front end.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.

It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-Services-VidyoReplay-API.

If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.

---

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

---

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.



*See e.g.,*  https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

### Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.

VidyoWeb™ lets you easily join Vidyo™ calls using Windows®, Mac®, or Linux® on your Chrome™, Firefox®, Internet Explorer®, or Safari® browser.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



98.     On information and belief, one or more components of the Vidyo System employs and provides an Internet-based recording method that performs all audio and

video recording functions over an Internet browser connection established between a user front end and a host back end comprising storing the recorded audio and video material on the host back end.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

99. On information and belief, one or more components of the Vidyo System employs and provides an Internet-based recording method that performs all audio and video recording functions over an Internet browser connection established between a user front end and a host back end comprising generating code associated with the

recorded and stored audio and video material to facilitate accessing the recorded and stored audio and video material.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

100.    On information and belief, one or more components of the Vidyo System employs and provides an Internet-based recording method that performs all audio and video recording functions over an Internet browser connection established between a user front end and a host back end comprising enabling the generated code to be copied and pasted to an additional location, wherein activating the generated code provides access to the recorded audio and video material from the additional location.



> 10.  Copy the code that displays in the **Embedded Code** field to embed your recording in a separate webpage of your choice.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

101.    On information and belief, Vidyo directly infringes at least claims 1 and 18 of the '648 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Vidyo Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Vidyo System.

102.    Vidyo's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

### Count V – Infringement of United States Patent No. 10,674,109

103.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

104.    On information and belief, Vidyo (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Vidyo Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Vidyo System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1, 2 and 26 of the '109 patent.

105.    On information and belief, one or more components of the Vidyo System employs and provides a method comprising transmitting, via a network, (*e.g.*, the Internet) a browser-independent recording application from a backend server to a client device, the application executing in a browser on the client device.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.

It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-Services-VidyoReplay-API.

If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
| --- | --- | --- | --- |

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.

### VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | Recording Capacity: | Streaming Protocol: |
|---|---|---|
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV streaming (PC) |
| | 12 HD/720p concurrent recording sessions | |
| | 24 SD concurrent recording sessions | Export Format: |
| | 30 CIF concurrent recording sessions | MP4, H.264, AAC |
| | 50 audio-only concurrent recording sessions | |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

112



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

> VidyoWeb™ lets you easily join Vidyo™ calls using Windows®, Mac®, or Linux® on your Chrome™, Firefox®, Internet Explorer®, or Safari® browser.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.

106.     On information and belief, one or more components of the Vidyo System employs and provides a method comprising receiving, at the backend server, a media stream at the client device via the network, wherein the media stream is captured via the browser-independent recording application executing in the browser without using recording management software installed on the client device.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.

> It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions<br><br>**Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.

VidyoReplay enables you to record, webcast, store, catalog, and playback videoconferences.

Your users can record videoconferences and start live webcasts of conferences in progress that can be viewed by other people in your organization as well as the general public. All webcasts are also automatically recorded and stored in the VidyoReplay Library. After the recording of your webcast is complete, you can share it by emailing a link to it.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



- Additional moderation controls, like hard mute and selecting a meeting recording profile are available through the Vidyo Control Meeting web page, which is accessible when clicking Open Browser from the Moderate call pop-up window.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

VidyoWeb™ lets you easily join Vidyo™ calls using Windows®, Mac®, or Linux® on your Chrome™, Firefox®, Internet Explorer®, or Safari® browser.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.

107.    On information and belief, one or more components of the Vidyo System employs and provides a method comprising the step of recording the media stream on the backend server using the browser-independent recording application.

### VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | Recording Capacity: | Streaming Protocol: |
|---|---|---|
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV streaming (PC) |
| | 12 HD/720p concurrent recording sessions | |
| | 24 SD concurrent recording sessions | Export Format: |
| | 30 CIF concurrent recording sessions | MP4, H.264, AAC |
| | 50 audio-only concurrent recording sessions | |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

VidyoWeb™ lets you easily join Vidyo™ calls using Windows®, Mac®, or Linux® on your Chrome™, Firefox®, Internet Explorer®, or Safari® browser.

*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/218333367-Joining-a-Call-with-VidyoWeb.

108.   On information and belief, the Vidyo System is a distributed audio and video recording system for recording audio and video material over an Internet network connection established between a front end audio and video capturing device and a host back end server system.





*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.





*See e.g.,* https://vimeo.com/240894889.

> It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.*, https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.



*See e.g.*, https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-

VidyoConnect-Moderation-Capability-.



*See e.g.*,  https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-

VidyoEngage-for-Retail.pdf.

### Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.

109. On information and belief, the Vidyo System is a distributed audio and video recording system for recording audio and video material over an Internet network connection established between a front end audio and video capturing device and a host back end server system, comprising a front end audio and video capturing device configured to stream audio and video material over an Internet network connection to the host back end server system, as the audio and video material is being captured by the front end audio and video capturing device, wherein the audio and video material is captured on the front end audio and video capturing device without using recording software installed on the front end audio and video capturing device, and wherein the audio and video material is not stored as a complete file on the front end audio and video capturing device prior to being streamed to the host back end server system.



*See e.g.,* https://blog.vidyo.com/vidyo-news/vidyo-surpasses-100-patents-10-years-

video-conferencing-innovation/.



|  | **Recording** — Displayed when the conference is being recorded. (The optional VidyoReplay component must be installed.) |

*See e.g.,* https://www.mbl.edu/it/files/2012/11/VidyoRoom_Users_Guide_2.2.pdf.

110. On information and belief, the Vidyo System is a distributed audio and video recording system for recording audio and video material over an Internet network connection established between a front end audio and video capturing device and a host back end server system, comprising a host back end server system comprised of one or more host back end servers, wherein at least one host back end server records

audio and video material streamed from the front end audio and video capturing

device to said host back end server system over the Internet network connection.



*See e.g.,* https://blog.vidyo.com/vidyo-news/vidyo-surpasses-100-patents-10-years-

video-conferencing-innovation/.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:** | **Streaming Protocol:** |
| --- | --- | --- |
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV |
| | 12 HD/720p concurrent recording sessions | streaming (PC) |
| | 24 SD concurrent recording sessions | |
| | 30 CIF concurrent recording sessions | **Export Format:** |
| | 50 audio-only concurrent recording sessions | MP4, H.264, AAC |
| | | |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

111.     On information and belief, Vidyo directly infringes at least claims 1, 2, and 26 of the '109 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Vidyo Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Vidyo System.

112.     Vidyo's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages as a result of Vidyo's infringement.

**Count VI – Infringement of United States Patent No. 10,694,142**

113.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

114.     On information and belief, Vidyo (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Vidyo Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Vidyo System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1 and 20 of the '142 patent.

115.     On information and belief, one or more components of the Vidyo System employs and provides a method for recording audio and video material over an Internet connection established between a user front end and a host back end.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-

VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-

VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.

---

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

---

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions<br><br>**Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.

VidyoReplay enables you to record, webcast, store, catalog, and playback videoconferences.

Your users can record videoconferences and start live webcasts of conferences in progress that can be viewed by other people in your organization as well as the general public. All webcasts are also automatically recorded and stored in the VidyoReplay Library. After the recording of your webcast is complete, you can share it by emailing a link to it.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

- Additional moderation controls, like hard mute and selecting a meeting recording profile are available through the Vidyo Control Meeting web page, which is accessible when clicking Open Browser from the Moderate call pop-up window.

146



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-

VidyoConnect-Moderation-Capability-.



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-

VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.

116.    On information and belief, one or more components of the Vidyo System

employs and provides a method for recording audio and video material over an

Internet connection established between a user front end and a host back end,

comprising delivering, in response to a user interaction, a first code from the host back

end over an Internet connection each time recording of audio and video material is sought to be initiated; said first code configured to be executed at the user front end and to initiate the streaming of audio and video material as it is being captured by one or more capturing devices at the user front end to the host back end, wherein said first code is not installed at the user front end.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

117.    On information and belief, one or more components of the Vidyo System employs and provides a method for recording audio and video material over an Internet connection established between a user front end and a host back end comprising streaming the audio and video material, as it is being captured by said one or more capturing devices, from the user front end to the host back end.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

---

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

---

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |
| --- | --- | --- |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.

118.    On information and belief, one or more components of the Vidyo System employs and provides a method for recording audio and video material over an Internet connection established between a user front end and a host back end, comprising recording on the host back end the audio and video material streamed over the Internet connection.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-

Hybrid-Implementation.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions<br><br>**Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |
| --- | --- | --- |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

119.    On information and belief, Vidyo directly infringes at least claims 1 and 20

of the '142 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling,

importing, and/or offering to sell the Vidyo Video Products and services; and making,

using, selling, selling access to, importing, offering for sale, and/or offering to sell

access to the Vidyo System.

120.    Vidyo's direct indirect infringement has damaged Onstream and caused

it to suffer and continue to suffer irreparable harm and damages.

**Count VII – Infringement of United States Patent No. 10,951,855**

121.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

122.    On information and belief, Vidyo (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Vidyo Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Vidyo System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1, 15, 27, and 29 of the '855 patent.

123.    On information and belief, one or more components of the Vidyo System comprise a secure distributed digital audio and digital video recording system.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.

> It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-

VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-

VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.

---

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

---

| VidyoReplay | **Recording Capacity:** | **Streaming Protocol:** |
|---|---|---|
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV streaming (PC) |
| | 12 HD/720p concurrent recording sessions | |
| | 24 SD concurrent recording sessions | |
| | 30 CIF concurrent recording sessions | **Export Format:** |
| | 50 audio-only concurrent recording sessions | MP4, H.264, AAC |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



> VidyoReplay enables you to record, webcast, store, catalog, and playback videoconferences.
>
> Your users can record videoconferences and start live webcasts of conferences in progress that can be viewed by other people in your organization as well as the general public. All webcasts are also automatically recorded and stored in the VidyoReplay Library. After the recording of your webcast is complete, you can share it by emailing a link to it.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.

**Key Security Features**

- SRTP media encryption
- FIPS 140-2 certified libraries
- Secure HTTPS login utilizing industry-standard PKI
- TLS using strong encryption ciphers for signaling
- Password hashing in database
- Encrypted token technology for session security
- No login information retained on the client

*HTTPS with certificate support on login*

VidyoConnect always establishes an encrypted HTTPS channel with each Vidyo endpoint that attempts to access the system. Before transmitting any login information, the Vidyo endpoint or web browser validates the VidyoConnect certificate and verifies it was issued by a trusted third-party certifying authority. Once the certificate is verified, login and password information is transmitted securely to VidyoConnect over the same encrypted HTTPS channel.

**Encrypted tokens for session security**

For HTTPS connections, the ciphers and key exchange method used are dependent on what the end user's browser can support. However, Vidyo infrastructure components prefer to use the strongest available ciphers and will reject the use of known weak ciphers.

*See e.g.,* https://www.vidyo.com/video-conferencing-solutions/product/desktop-video-calling/secure-video-conferencing.

## How Vidyo keeps users safe on any device

VidyoConnect enables users to attend high-quality, secure video conferences from anywhere with standard broadband internet connections.

VidyoConnect utilizes leading security features, such as:

- Secure Real-time Transport Protocol (SRTP) media encryption
- Federal Information Processing Standard (FIPS) 140-2 certified libraries
- A secure HTTPS login that utilizes an industry-standard PKU
- Password hashing
- Encrypted token technology.

Vidyo was developed with secure technology as its backbone. First and foremost, our vision was to make sure that your meetings remain private and your customer data is safe and secure. Vidyo has been recognized for its stringent security standards by healthcare, financial services, technology and government organizations around the world. For more information about how Vidyo can keep your users safe on any device, download our security whitepaper.

*See e.g.,* https://blog.vidyo.com/technology/how-to-stay-secure-while-video-conferencing-on-mobile/.

124.    On information and belief, one or more components of the Vidyo System comprise a secure distributed digital audio and digital video recording system comprising an application configured to operate on a mobile front end digital audio and digital video capturing device.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.

125.     On information and belief, one or more components of the Vidyo System

comprise a secure distributed digital audio and digital video recording system

comprising a host back end application server system comprising one or more host back end application servers.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.

## How Vidyo keeps users safe on any device

VidyoConnect enables users to attend high-quality, secure video conferences from anywhere
with standard broadband internet connections.

VidyoConnect utilizes leading security features, such as:

- Secure Real-time Transport Protocol (SRTP) media encryption
- Federal Information Processing Standard (FIPS) 140-2 certified libraries
- A secure HTTPS login that utilizes an industry-standard PKU
- Password hashing
- Encrypted token technology.

Vidyo was developed with secure technology as its backbone. First and foremost, our vision
was to make sure that your meetings remain private and your customer data is safe and secure.
Vidyo has been recognized for its stringent security standards by healthcare, financial services,
technology and government organizations around the world. For more information about how
Vidyo can keep your users safe on any device, download our security whitepaper.

*See e.g.,* https://blog.vidyo.com/technology/how-to-stay-secure-while-video-

conferencing-on-mobile/.

126.    On information and belief, one or more components of the Vidyo System comprise a secure distributed digital audio and digital video recording system wherein in response to an interaction with a user, the host back end application server system delivers to the application, each time recording of digital audio and digital video material is sought to be initiated, a stream number that is associated with an account of the user.

> Vidyo was the first company to use H.264 SVC for video conferencing. H.264 SVC is a video compression standard that enables a video stream to be broken into multiple resolutions, quality levels and bit rates. Utilizing this capability and Vidyo´s intellectual property, the VidyoRouter architecture offers industry leading error resiliency and the lowest latency by eliminating the MCU. The VidyoRouter is the first video multipoint solution that can deliver rate matching and continuous presence capabilities without an additional video encode and decode. This unique capability allows for less than half of the end-to-end latency of MCU-based solutions.

*See e.g.,* https://www.vidyo.com/press-release/vidyo-architecture-offers-unmatched-scalability-and-economics-for-large-enterprise-and-carrier-video-conferencing.

> ### What are the standards used for media encryption?
>
> For media, Vidyo uses the standards set by SRTP RFC-3711. For each SRTP stream, a unique master key is generated using our Vidyo CryptoKernel (which is FIPS 140-2 certified). This master key is exchanged via a secure XMPP (TLS) connection. As per the SRTP RFC, a session key is periodically updated by both sides so that an attacker cannot collect large amounts of ciphertext from a single key.

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Vidyo.io/vidyo.io-Security-WhitePaper.pdf?ls=White%2520Paper.

```
Network Working Group                                    M. Baugher
Request for Comments: 3711                               D. McGrew
Category: Standards Track                        Cisco Systems, Inc.
                                                        M. Naslund
                                                        E. Carrara
                                                        K. Norrman
                                                 Ericsson Research
                                                       March 2004


              The Secure Real-time Transport Protocol (SRTP)

Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.


Copyright Notice

   Copyright (C) The Internet Society (2004).  All Rights Reserved.


Abstract

   This document describes the Secure Real-time Transport Protocol
   (SRTP), a profile of the Real-time Transport Protocol (RTP), which
   can provide confidentiality, message authentication, and replay
   protection to the RTP traffic and to the control traffic for RTP, the
   Real-time Transport Control Protocol (RTCP).
```

*See e.g.,* https://www.rfc-editor.org/rfc/pdfrfc/rfc3711.txt.pdf.

```
Internet Engineering Task Force (IETF)                    T. Edwards
Request for Comments: 8331                                       FOX
Category: Standards Track                             February 2018
ISSN: 2070-1721


                        RTP Payload for
      Society of Motion Picture and Television Engineers (SMPTE)
                      ST 291-1 Ancillary Data

Abstract

   This memo describes a Real-time Transport Protocol (RTP) payload
   format for the Society of Motion Picture and Television Engineers
   (SMPTE) ancillary space (ANC) data, as defined by SMPTE ST 291-1.
   SMPTE ANC data is generally used along with professional video
   formats to carry a range of ancillary data types, including time
   code, Closed Captioning, and the Active Format Description (AFD).
```

```
RFC 8331              RTP Payload for Ancillary Data              February 2018


   S (Data Stream Flag): 1 bit
           This field indicates whether the data stream number of a
           multi-stream data mapping used to transport the ANC data
           packet is specified.  If the S bit is '0', then the StreamNum
           field provides no guidance regarding the source data stream
           number of the ANC data packet.  If the S bit is '1', then the
           StreamNum field carries information regarding the source data
           stream number of the ANC data packet.

   StreamNum: 7 bits
           If the S bit (Data Stream Flag) is '1', then the StreamNum
           field MUST carry identification of the source data stream
           number of the ANC data packet.  If the data stream is
           numbered, then the StreamNum field SHALL carry the number of
           the source data stream minus one.  If the source multi-stream
           interface does not have numbered data streams, the following
           numbers SHALL be used in this field: '0' for link A data
           stream and '1' for link B data stream.  For stereoscopic
           multi-stream interface formats that do not have numbered
           streams, the following numbers SHALL be used in this field:
           '0' for left eye stream and '1' for right eye stream.

           Note that in multi-link SDI connections, the physical link
           that a particular stream utilizes is typically specified by
           the interface standard.  Also note that numbering of data
           streams is across the interface as a whole.  For example, in
           the SMPTE ST 425-3 dual-link 3 Gb/s interface, the data
           streams are numbered 1-4 with data streams 1 and 2 on link 1
           and data streams 3 and 4 on link 2.
```

*See e.g.,* https://www.rfc-editor.org/rfc/rfc8331.txt.

## How Vidyo keeps users safe on any device

VidyoConnect enables users to attend high-quality, secure video conferences from anywhere with standard broadband internet connections.

VidyoConnect utilizes leading security features, such as:

- Secure Real-time Transport Protocol (SRTP) media encryption
- Federal Information Processing Standard (FIPS) 140-2 certified libraries
- A secure HTTPS login that utilizes an industry-standard PKU
- Password hashing
- Encrypted token technology.

Vidyo was developed with secure technology as its backbone. First and foremost, our vision was to make sure that your meetings remain private and your customer data is safe and secure. Vidyo has been recognized for its stringent security standards by healthcare, financial services, technology and government organizations around the world. For more information about how Vidyo can keep your users safe on any device, download our security whitepaper.

*See e.g.,* https://blog.vidyo.com/technology/how-to-stay-secure-while-video-conferencing-on-mobile/.

127.    On information and belief, one or more components of the Vidyo System comprise a secure distributed digital audio and digital video recording system wherein the application is configured to use the stream number to initiate secure streaming of digital audio and digital video material to the host back end application server system.

> **What are the standards used for media encryption?**
>
> For media, Vidyo uses the standards set by SRTP RFC-3711. For each SRTP stream, a unique master key is generated using our Vidyo CryptoKernel (which is FIPS 140-2 certified).  This master key is exchanged via a secure XMPP (TLS) connection. As per the SRTP RFC,  a session key is periodically updated by both sides so that an attacker cannot collect large amounts of ciphertext from a single key.

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Vidyo.io/vidyo.io-Security-WhitePaper.pdf?ls=White%2520Paper.

```
Network Working Group                                    M. Baugher
Request for Comments: 3711                               D. McGrew
Category: Standards Track                        Cisco Systems, Inc.
                                                        M. Naslund
                                                        E. Carrara
                                                        K. Norrman
                                                 Ericsson Research
                                                      March 2004


               The Secure Real-time Transport Protocol (SRTP)

Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.

Copyright Notice

   Copyright (C) The Internet Society (2004).  All Rights Reserved.

Abstract

   This document describes the Secure Real-time Transport Protocol
   (SRTP), a profile of the Real-time Transport Protocol (RTP), which
   can provide confidentiality, message authentication, and replay
   protection to the RTP traffic and to the control traffic for RTP, the
   Real-time Transport Control Protocol (RTCP).
```

*See e.g.,* https://www.rfc-editor.org/rfc/pdfrfc/rfc3711.txt.pdf.

```
Internet Engineering Task Force (IETF)                    T. Edwards
Request for Comments: 8331                                       FOX
Category: Standards Track                             February 2018
ISSN: 2070-1721


                          RTP Payload for
        Society of Motion Picture and Television Engineers (SMPTE)
                       ST 291-1 Ancillary Data

Abstract

   This memo describes a Real-time Transport Protocol (RTP) payload
   format for the Society of Motion Picture and Television Engineers
   (SMPTE) ancillary space (ANC) data, as defined by SMPTE ST 291-1.
   SMPTE ANC data is generally used along with professional video
   formats to carry a range of ancillary data types, including time
   code, Closed Captioning, and the Active Format Description (AFD).
```



```
RFC 8331              RTP Payload for Ancillary Data          February 2018


    S (Data Stream Flag): 1 bit
        This field indicates whether the data stream number of a
        multi-stream data mapping used to transport the ANC data
        packet is specified.  If the S bit is '0', then the StreamNum
        field provides no guidance regarding the source data stream
        number of the ANC data packet.  If the S bit is '1', then the
        StreamNum field carries information regarding the source data
        stream number of the ANC data packet.

    StreamNum: 7 bits
        If the S bit (Data Stream Flag) is '1', then the StreamNum
        field MUST carry identification of the source data stream
        number of the ANC data packet.  If the data stream is
        numbered, then the StreamNum field SHALL carry the number of
        the source data stream minus one.  If the source multi-stream
        interface does not have numbered data streams, the following
        numbers SHALL be used in this field: '0' for link A data
        stream and '1' for link B data stream.  For stereoscopic
        multi-stream interface formats that do not have numbered
        streams, the following numbers SHALL be used in this field:
        '0' for left eye stream and '1' for right eye stream.

        Note that in multi-link SDI connections, the physical link
        that a particular stream utilizes is typically specified by
        the interface standard.  Also note that numbering of data
        streams is across the interface as a whole.  For example, in
        the SMPTE ST 425-3 dual-link 3 Gb/s interface, the data
        streams are numbered 1-4 with data streams 1 and 2 on link 1
        and data streams 3 and 4 on link 2.
```

*See e.g.,* https://www.rfc-editor.org/rfc/rfc8331.txt.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

**Key Security Features**

- SRTP media encryption
- FIPS 140-2 certified libraries
- Secure HTTPS login utilizing industry-standard PKI
- TLS using strong encryption ciphers for signaling
- Password hashing in database
- Encrypted token technology for session security
- No login information retained on the client

*HTTPS with certificate support on login*

VidyoConnect always establishes an encrypted HTTPS channel with each Vidyo endpoint that attempts to access the system. Before transmitting any login information, the Vidyo endpoint or web browser validates the VidyoConnect certificate and verifies it was issued by a trusted third-party certifying authority. Once the certificate is verified, login and password information is transmitted securely to VidyoConnect over the same encrypted HTTPS channel.

**Encrypted tokens for session security**

For HTTPS connections, the ciphers and key exchange method used are dependent on what the end user's browser can support. However, Vidyo infrastructure components prefer to use the strongest available ciphers and will reject the use of known weak ciphers.

*See e.g.,* https://www.vidyo.com/video-conferencing-solutions/product/desktop-video-calling/secure-video-conferencing.

**Recording / RTMP Streaming (BETA)**

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.

183

## How Vidyo keeps users safe on any device

VidyoConnect enables users to attend high-quality, secure video conferences from anywhere with standard broadband internet connections.

VidyoConnect utilizes leading security features, such as:

- Secure Real-time Transport Protocol (SRTP) media encryption
- Federal Information Processing Standard (FIPS) 140-2 certified libraries
- A secure HTTPS login that utilizes an industry-standard PKU
- Password hashing
- Encrypted token technology.

Vidyo was developed with secure technology as its backbone. First and foremost, our vision was to make sure that your meetings remain private and your customer data is safe and secure. Vidyo has been recognized for its stringent security standards by healthcare, financial services, technology and government organizations around the world. For more information about how Vidyo can keep your users safe on any device, download our security whitepaper.

*See e.g.,* https://blog.vidyo.com/technology/how-to-stay-secure-while-video-conferencing-on-mobile/.

128.    On information and belief, one or more components of the Vidyo System comprise a secure distributed digital audio and digital video recording system wherein the digital audio and digital video material is not stored as a complete file on the mobile front end digital audio and digital video capturing device prior to initiation of the secure streaming of the digital audio and digital video material to the host back end application server system.

## VidyoGateway

The VidyoGateway provides an interface for H.323 and SIP-based systems to interact with the Vidyo platform, enabling integrations into existing real-time media infrastructure.

- **Enhanced capacity and resiliency** with clustering and high availability deployment options
- **Centralized web-based interface** to simplify administration, configuration, and maintenance
- **Support for content sharing and flexible layouts,** including gallery view, continuous presence, and active speaker

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions<br><br>**Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.





*See e.g.,* https://vimeo.com/240894889.

It's easy to record audio and video on the cloud with VidyoCloud™ Recording Services. Customers can simply record conferences, meetings, training, lectures, and consultations in real-time with one-click on a computer or mobile device and watch and listen to any time after the conference. Read below for more information about the VidyoCloud Recording Services version 19.1.0.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-Services-VidyoReplay-API.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



**A Safe Virtual Meeting Experience!**

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

# VidyoReplay™

## Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.

| VidyoEngage for Retail | Add-Ons |
|---|---|
| Add-On Options | • Co-browsing |
| | • SMS |
| | • Recording |
| | • Inbound voice calls |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.

## How Vidyo keeps users safe on any device

VidyoConnect enables users to attend high-quality, secure video conferences from anywhere with standard broadband internet connections.

VidyoConnect utilizes leading security features, such as:

- Secure Real-time Transport Protocol (SRTP) media encryption
- Federal Information Processing Standard (FIPS) 140-2 certified libraries
- A secure HTTPS login that utilizes an industry-standard PKU
- Password hashing
- Encrypted token technology.

Vidyo was developed with secure technology as its backbone. First and foremost, our vision was to make sure that your meetings remain private and your customer data is safe and secure. Vidyo has been recognized for its stringent security standards by healthcare, financial services, technology and government organizations around the world. For more information about how Vidyo can keep your users safe on any device, download our security whitepaper.

*See e.g.,* https://blog.vidyo.com/technology/how-to-stay-secure-while-video-conferencing-on-mobile/.

129.    On information and belief, one or more components of the Vidyo System comprise a secure distributed digital audio and digital video recording system wherein the application is configured to use a secure real time messaging protocol to securely stream the digital audio and digital video material from the mobile front end digital

audio and digital video capturing device over at least a packet-based network connection (*e.g.*, the Internet), to the host back end application server system, as the digital audio and digital video material is being captured by the mobile front end digital audio and digital video capturing device.

---

### What are the standards used for media encryption?

For media, Vidyo uses the standards set by SRTP RFC-3711. For each SRTP stream, a unique master key is generated using our Vidyo CryptoKernel (which is FIPS 140-2 certified).  This master key is exchanged via a secure XMPP (TLS) connection. As per the SRTP RFC,  a session key is periodically updated by both sides so that an attacker cannot collect large amounts of ciphertext from a single key.

---

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Vidyo.io/vidyo.io-Security-WhitePaper.pdf?ls=White%2520Paper.

```
Network Working Group                                    M. Baugher
Request for Comments: 3711                                D. McGrew
Category: Standards Track                        Cisco Systems, Inc.
                                                        M. Naslund
                                                         E. Carrara
                                                         K. Norrman
                                                   Ericsson Research
                                                        March 2004


               The Secure Real-time Transport Protocol (SRTP)

Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.

Copyright Notice

   Copyright (C) The Internet Society (2004).  All Rights Reserved.

Abstract

   This document describes the Secure Real-time Transport Protocol
   (SRTP), a profile of the Real-time Transport Protocol (RTP), which
   can provide confidentiality, message authentication, and replay
   protection to the RTP traffic and to the control traffic for RTP, the
   Real-time Transport Control Protocol (RTCP).
```

*See e.g.,* https://www.rfc-editor.org/rfc/pdfrfc/rfc3711.txt.pdf.

```
Internet Engineering Task Force (IETF)                  T. Edwards
Request for Comments: 8331                                     FOX
Category: Standards Track                           February 2018
ISSN: 2070-1721


                          RTP Payload for
        Society of Motion Picture and Television Engineers (SMPTE)
                          ST 291-1 Ancillary Data

Abstract

   This memo describes a Real-time Transport Protocol (RTP) payload
   format for the Society of Motion Picture and Television Engineers
   (SMPTE) ancillary space (ANC) data, as defined by SMPTE ST 291-1.
   SMPTE ANC data is generally used along with professional video
   formats to carry a range of ancillary data types, including time
   code, Closed Captioning, and the Active Format Description (AFD).
```



*See e.g.,* https://www.rfc-editor.org/rfc/rfc8331.txt.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.

**Key Security Features**

- SRTP media encryption
- FIPS 140-2 certified libraries
- Secure HTTPS login utilizing industry-standard PKI
- TLS using strong encryption ciphers for signaling
- Password hashing in database
- Encrypted token technology for session security
- No login information retained on the client

*HTTPS with certificate support on login*

VidyoConnect always establishes an encrypted HTTPS channel with each Vidyo endpoint that attempts to access the system. Before transmitting any login information, the Vidyo endpoint or web browser validates the VidyoConnect certificate and verifies it was issued by a trusted third-party certifying authority. Once the certificate is verified, login and password information is transmitted securely to VidyoConnect over the same encrypted HTTPS channel.

**Encrypted tokens for session security**

For HTTPS connections, the ciphers and key exchange method used are dependent on what the end user's browser can support. However, Vidyo infrastructure components prefer to use the strongest available ciphers and will reject the use of known weak ciphers.

*See e.g.,* https://www.vidyo.com/video-conferencing-solutions/product/desktop-video-calling/secure-video-conferencing.

**Recording / RTMP Streaming (BETA)**

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.

## How Vidyo keeps users safe on any device

VidyoConnect enables users to attend high-quality, secure video conferences from anywhere with standard broadband internet connections.

VidyoConnect utilizes leading security features, such as:

- Secure Real-time Transport Protocol (SRTP) media encryption
- Federal Information Processing Standard (FIPS) 140-2 certified libraries
- A secure HTTPS login that utilizes an industry-standard PKU
- Password hashing
- Encrypted token technology.

Vidyo was developed with secure technology as its backbone. First and foremost, our vision was to make sure that your meetings remain private and your customer data is safe and secure. Vidyo has been recognized for its stringent security standards by healthcare, financial services, technology and government organizations around the world. For more information about how Vidyo can keep your users safe on any device, download our security whitepaper.

*See e.g.,* https://blog.vidyo.com/technology/how-to-stay-secure-while-video-conferencing-on-mobile/.

130.    On information and belief, one or more components of the Vidyo System comprise a secure distributed digital audio and digital video recording system wherein the application is capable of securely streaming the digital audio and digital video material without requiring local installation and concurrent execution on the mobile front end digital audio and digital video capturing device of an additional custom recording software application that is configured to record digital audio and digital video material as a complete file to a local storage memory.

131.    On information and belief, one or more components of the Vidyo System comprise a secure distributed digital audio and digital video recording system wherein at least one host back end application server records the digital audio and digital video

material securely streamed from the mobile front end digital audio and digital video

capturing device.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

---

### What are the standards used for media encryption?

For media, Vidyo uses the standards set by SRTP RFC-3711. For each SRTP stream, a unique master key is generated using our Vidyo CryptoKernel (which is FIPS 140-2 certified).  This master key is exchanged via a secure XMPP (TLS) connection. As per the SRTP RFC,  a session key is periodically updated by both sides so that an attacker cannot collect large amounts of ciphertext from a single key.

---

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Vidyo.io/vidyo.io-Security-WhitePaper.pdf?ls=White%2520Paper.

```
Network Working Group                                    M. Baugher
Request for Comments: 3711                               D. McGrew
Category: Standards Track                         Cisco Systems, Inc.
                                                        M. Naslund
                                                        E. Carrara
                                                        K. Norrman
                                                 Ericsson Research
                                                      March 2004


              The Secure Real-time Transport Protocol (SRTP)

Status of this Memo

   This document specifies an Internet standards track protocol for the
   Internet community, and requests discussion and suggestions for
   improvements.  Please refer to the current edition of the "Internet
   Official Protocol Standards" (STD 1) for the standardization state
   and status of this protocol.  Distribution of this memo is unlimited.


Copyright Notice

   Copyright (C) The Internet Society (2004).  All Rights Reserved.


Abstract

   This document describes the Secure Real-time Transport Protocol
   (SRTP), a profile of the Real-time Transport Protocol (RTP), which
   can provide confidentiality, message authentication, and replay
   protection to the RTP traffic and to the control traffic for RTP, the
   Real-time Transport Control Protocol (RTCP).
```

*See e.g.,* https://www.rfc-editor.org/rfc/pdfrfc/rfc3711.txt.pdf.

```
Internet Engineering Task Force (IETF)                  T. Edwards
Request for Comments: 8331                                     FOX
Category: Standards Track                          February 2018
ISSN: 2070-1721


                        RTP Payload for
        Society of Motion Picture and Television Engineers (SMPTE)
                       ST 291-1 Ancillary Data

Abstract

   This memo describes a Real-time Transport Protocol (RTP) payload
   format for the Society of Motion Picture and Television Engineers
   (SMPTE) ancillary space (ANC) data, as defined by SMPTE ST 291-1.
   SMPTE ANC data is generally used along with professional video
   formats to carry a range of ancillary data types, including time
   code, Closed Captioning, and the Active Format Description (AFD).
```

```
RFC 8331              RTP Payload for Ancillary Data        February 2018

    S (Data Stream Flag): 1 bit
              This field indicates whether the data stream number of a
              multi-stream data mapping used to transport the ANC data
              packet is specified.  If the S bit is '0', then the StreamNum
              field provides no guidance regarding the source data stream
              number of the ANC data packet.  If the S bit is '1', then the
              StreamNum field carries information regarding the source data
              stream number of the ANC data packet.

    StreamNum: 7 bits
              If the S bit (Data Stream Flag) is '1', then the StreamNum
              field MUST carry identification of the source data stream
              number of the ANC data packet.  If the data stream is
              numbered, then the StreamNum field SHALL carry the number of
              the source data stream minus one.  If the source multi-stream
              interface does not have numbered data streams, the following
              numbers SHALL be used in this field: '0' for link A data
              stream and '1' for link B data stream.  For stereoscopic
              multi-stream interface formats that do not have numbered
              streams, the following numbers SHALL be used in this field:
              '0' for left eye stream and '1' for right eye stream.

              Note that in multi-link SDI connections, the physical link
              that a particular stream utilizes is typically specified by
              the interface standard.  Also note that numbering of data
              streams is across the interface as a whole.  For example, in
              the SMPTE ST 425-3 dual-link 3 Gb/s interface, the data
              streams are numbered 1-4 with data streams 1 and 2 on link 1
              and data streams 3 and 4 on link 2.
```

*See e.g.,* https://www.rfc-editor.org/rfc/rfc8331.txt.

## How Vidyo keeps users safe on any device

VidyoConnect enables users to attend high-quality, secure video conferences from anywhere with standard broadband internet connections.

VidyoConnect utilizes leading security features, such as:

- Secure Real-time Transport Protocol (SRTP) media encryption
- Federal Information Processing Standard (FIPS) 140-2 certified libraries
- A secure HTTPS login that utilizes an industry-standard PKU
- Password hashing
- Encrypted token technology.

Vidyo was developed with secure technology as its backbone. First and foremost, our vision was to make sure that your meetings remain private and your customer data is safe and secure. Vidyo has been recognized for its stringent security standards by healthcare, financial services, technology and government organizations around the world. For more information about how Vidyo can keep your users safe on any device, download our security whitepaper.

*See e.g.,* https://blog.vidyo.com/technology/how-to-stay-secure-while-video-conferencing-on-mobile/.

132.   On information and belief, Vidyo directly infringes at least claims 1, 15, 27, and 29 of the '855 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Vidyo Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Vidyo System.

133.   Vidyo's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

**Count VIII – Infringement of United States Patent No. 11,128,833**

134.   Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

135.   On information and belief, Vidyo (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Vidyo Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Vidyo System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claims 1, 10, and 21 of the '833 patent.

136.   On information and belief, one or more components of the Vidyo System employs and provides a method for network-based recording and delivery of digital audio and digital video material.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.

## Web Services VidyoReplay API

1 year ago · Updated          Follow

This article describes the VidyoReplay API functionality for the User and Admin API. The
VidyoReplay API enables playing and recording of the video stream during the conference. The
content management part enables accessing, deleting, renaming and changing the record contents.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect
> conferences and then send the link of the recordings to the participants in the call as well as to
> others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-

VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-

VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-

Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The
> answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



**VidyoConnect™**

# A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships.
VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for
better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate
flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save
for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

# VidyoReplay™

## Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-

datasheet-en_01.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | | |
|---|---|---|
| | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



- Additional moderation controls, like hard mute and selecting a meeting recording profile are available through the Vidyo Control Meeting web page, which is accessible when clicking Open Browser from the Moderate call pop-up window.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

137.    On information and belief, one or more components of the Vidyo System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising recording, over a packet-based network connection, (*e.g.,* the Internet) at a host back end, digital audio and digital video

material that originates from a user front end without using any recording software

installed on the user front end.





*See e.g.,* https://vimeo.com/240894889.

214



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect
> conferences and then send the link of the recordings to the participants in the call as well as to
> others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-

VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-

VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-

Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The
> answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.





## A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships.
VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for
better-informed decisions, faster responses and deeper trust.

**Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate
flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save
for future review. It's Easy. Safe. Secure.**

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

## VidyoReplay™

### Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf; http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-datasheet-en_01.pdf.

### VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |
| --- | --- | --- |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



- Additional moderation controls, like hard mute and selecting a meeting recording profile are available through the Vidyo Control Meeting web page, which is accessible when clicking Open Browser from the Moderate call pop-up window.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-

VidyoConnect-Moderation-Capability-.



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-

VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.

138.    On information and belief, one or more components of the Vidyo System

employs and provides a method for network-based recording and delivery of digital

audio and digital video material wherein the recording is accomplished using only

executable code delivered to the user front end from the host back end and a recording device on the user front end.





*See e.g.,* https://vimeo.com/240894889.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/217827118.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021078054-

VidyoCloud-Recording-Services-Releases.

# Web Services VidyoReplay API

1 year ago · Updated                                    Follow

This article describes the VidyoReplay API functionality for the User and Admin API. The
VidyoReplay API enables playing and recording of the video stream during the conference. The
content management part enables accessing, deleting, renaming and changing the record contents.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115001426593-Web-

Services-VidyoReplay-API.

> If you have purchased our VidyoReplay system, you can easily record your VidyoConnect conferences and then send the link of the recordings to the participants in the call as well as to others who may have missed the call. (There is no need to send a file.)

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/229001327-Using-the-VidyoConnect-Recording-Feature-and-Setting-Recording-Profiles.

| custom.vidyo-start-recording | Automatically starts recording all video conferences. | True/False | True |
|---|---|---|---|

*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360016328994-Deploying-VidyoEngage-for-Genesys.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000620273-How-Can-I-Record-or-Webcast-My-Vidyo-Enabled-Meeting-.

> One of the most common questions from our customers about vidyo.io is how to record video conference calls. The answer is simple: Record with the media bridge. In this article I'll walk you through deploying and using the media bridge.

*See e.g.,* https://vidyo.io/blog/how-to/record-video-chat/.



VidyoConnect™

## A Safe Virtual Meeting Experience!

Effective brainstorming, ideation, and problem solving need clear communication and solid interpersonal relationships. VidyoConnect is a meeting solution for team collaboration that speeds global alignment across your enterprise, allowing for better-informed decisions, faster responses and deeper trust.

Enghouse Interactive Video Collaboration benefits from the industry leading capabilities of Vidyo – delivering the ultimate flexibility in video communications with an easy to use cloud-based solution. Speak face-to-face, record the call, and save for future review. It's Easy. Safe. Secure.

*See e.g.,* https://www.enghouseinteractive.com/eia-vidyo-license-registration.



Datasheet

# VidyoReplay™

## Record and Webcast Video Conferences



VidyoReplay™ is a versatile appliance that makes it easy to record and webcast meetings that are powered by VidyoConferencing™, and you can do it all with one-click simplicity from the VidyoPortal™ client. Users can watch a conference from the convenience of their web browsers, in real-time or at any time after the conference.

With VidyoReplay, everyone can enjoy high quality video interaction and content sharing for an endless variety of recording applications, with the ability to record and replay guest lectures, training sessions, customer support alerts, company meetings, medical consultations, and more.

*See e.g.,* https://www.tempura.ie/wp-content/uploads/2015/10/DS-VidyoReplay.pdf;

http://www.dekom.com/fileadmin/Vidowawi/Videokonferenz-Vidyo-Replay-datasheet-en_01.pdf.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:** | **Streaming Protocol:** |
|---|---|---|
| | 6 HD/1080p concurrent recording sessions | HLS streaming (mobile), HTTP/FLV streaming (PC) |
| | 12 HD/720p concurrent recording sessions | |
| | 24 SD concurrent recording sessions | |
| | 30 CIF concurrent recording sessions | **Export Format:** |
| | 50 audio-only concurrent recording sessions | MP4, H.264, AAC |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-

Infrastructure.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-

us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



- Additional moderation controls, like hard mute and selecting a meeting recording profile are available through the Vidyo Control Meeting web page, which is accessible when clicking Open Browser from the Moderate call pop-up window.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360021580274-Using-the-VidyoConnect-Moderation-Capability-.



*See e.g.,* https://www.vidyo.com/wp-content/uploads/Solution-Brief/SB-VidyoEngage-for-Retail.pdf.

## Recording / RTMP Streaming (BETA)

  

You can now record and stream calls on vidyo.io with our newly released media bridge. The media bridge allows you to ingest audio, video, and content share from a call and output recordings or RTMP streams.

Recordings are exported in .mp4 file format and are encoded with H.264 and AAC audio.

RTMP streams can be directed to a specified URL, making it ideal for distribution, such as a CDN or streaming service like YouTube.

*See e.g.,* https://vidyo.io/blog/features/new-features-vp9-webrtc-safari-edge/.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.

229



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000389173-Network-Topology.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-Hybrid-Implementation.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-ADC-Integration-Overview.

139.    On information and belief, one or more components of the Vidyo System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising storing the recorded digital audio and digital video material at the host back end.

## VidyoReplay

VidyoReplay brings streaming and recording capability to video conferences, extending both the reach to any viewer and the  time available to a viewer with on-demand playback.

- **Recording and webcasting** with optional PIN protection to secure live and recorded content
- **Export and edit** videos in standard MP4 format and integrate with third-party content management systems (CMS) and content delivery networks (CDN)
- **Browser-based player and library** with easy access from any device, including mobile

| VidyoReplay | **Recording Capacity:**<br>6 HD/1080p concurrent recording sessions<br>12 HD/720p concurrent recording sessions<br>24 SD concurrent recording sessions<br>30 CIF concurrent recording sessions<br>50 audio-only concurrent recording sessions | **Streaming Protocol:**<br>HLS streaming (mobile), HTTP/FLV streaming (PC)<br><br>**Export Format:**<br>MP4, H.264, AAC |
| --- | --- | --- |
| | **Streaming Storage:** Up to 300 concurrent viewers, 2,500 hours stored HD content at 1Mbps, 1,560 hours stored HD content at 1.6Mbps (default), 40 hours stored HD content at 1.6Mbps (Capacity figures are approximate and vary based on content type. More storage capacity possible using network-attached storage.) | |

*See e.g.,* https://www.vidyo.com/wp-content/uploads/Data-Sheets/DS-Vidyo-Infrastructure.pdf.

VidyoReplay enables you to record, webcast, store, catalog, and playback videoconferences.

Your users can record videoconferences and start live webcasts of conferences in progress that can be viewed by other people in your organization as well as the general public. All webcasts are also automatically recorded and stored in the VidyoReplay Library. After the recording of your webcast is complete, you can share it by emailing a link to it.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/115000607994-The-System-in-Brief.





*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/360018272593-Vidyo-

ADC-Integration-Overview.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/articles/235750767-VidyoCloud-

Hybrid-Implementation.

140.    On information and belief, one or more components of the Vidyo System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising generating code associated with the stored digital audio and digital video material to facilitate accessing the stored digital audio and digital video material.



*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

141.    On information and belief, one or more components of the Vidyo System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising enabling the generated code to be activated at an additional location.



> 10. Copy the code that displays in the **Embedded Code** field to embed your recording in a separate webpage of your choice.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

142.    On information and belief, one or more components of the Vidyo System employs and provides a method for network-based recording and delivery of digital audio and digital video material wherein activating the generated code provides access to the stored digital audio and digital video material.



10. Copy the code that displays in the **Embedded Code** field to embed your recording in a separate webpage of your choice.

*See e.g.,* https://support.vidyocloud.com/hc/en-us/article_attachments/4406902856343/VidyoReplayAdminGuide_20.2.0.pdf.

143.    On information and belief, Vidyo directly infringes at least claims 1, 10, and 21 of the '833 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Vidyo Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Vidyo System.

144.    Vidyo's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

## JURY DEMANDED

145.     Pursuant to Federal Rule of Civil Procedure 38(b), Onstream hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Onstream respectfully requests this Court to enter judgment in Onstream's favor and against Vidyo as follows:

a.  finding that Vidyo has infringed one or more claims of the '068 patent under 35 U.S.C. §§ 271(a);

b.  finding that Vidyo has infringed one or more claims of the '728 patent under 35 U.S.C. §§ 271(a);

c.  finding that Vidyo has infringed one or more claims of the '930 patent under 35 U.S.C. §§ 271(a);

d.  finding that Vidyo has infringed one or more claims of the '648 patent under 35 U.S.C. §§ 271(a);

e.  finding that Vidyo has infringed one or more claims of the '109 patent under 35 U.S.C. §§ 271(a);

f.  finding that Vidyo has infringed one or more claims of the '142 patent under 35 U.S.C. §§ 271(a);

g.  finding that Vidyo has infringed one or more claims of the '855 patent under 35 U.S.C. §§ 271(a);

h.  finding that Vidyo has infringed one or more claims of the '833 patent under 35 U.S.C. §§ 271(a);

    i.    awarding Onstream damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement;

    j.    awarding Onstream pre-judgment and post-judgment interest on the damages award and costs;

    k.    awarding cost of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

    l.    awarding such other costs and further relief that the Court determines to be just and equitable.

Dated: January 18, 2022

*Of Counsel:*

Ronald M. Daignault (*pro hac vice* to be filed)*
Chandran B. Iyer (*pro hac vice* to be filed)
Oded Burger (*pro hac vice* to be filed)*
DAIGNAULT IYER LLP
8618 Westwood Center Drive - Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignualtiyer.com
oburger@ daignaultiyer.com
*Not admitted to practice in Virginia*

Respectfully submitted,

/s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Onstream Media Corporation*