IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br><br>       Plaintiff,<br>  v.<br><br>VIDYO, INC.,<br><br>       Defendant. | C.A. No. 22-69-RGA<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Neil J. McNabnay, Michael Vincent and Nan Lan to represent Defendant Vidyo,

Inc.

Dated: February 10, 2022

FISH & RICHARDSON P.C.

By: *Jeremy D. Anderson*
  Jeremy D. Anderson (#4515)
  222 Delaware Avenue, 17th Floor
  Wilmington, Delaware 19801
  (302) 652-5070 (Telephone)
  janderson@fr.com

ATTORNEYS FOR DEFENDANT
VIDYO, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED on this _____ day of _____, 2022 that

counsel's motion for admission *pro hac vice* is granted.

_____
United States District Court Judge

**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed:_____
Neil J. McNabnay
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
Fax:    214-747-2091
mcnabnay@fr.com

Dated: February 10, 2022

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Michael Vincent
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
Fax:    214-747-2091
vincent@fr.com

Dated: February 10, 2022

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Nan Lan
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
Fax:    214-747-2091
lan@fr.com


Dated: February 10, 2022